[No. 18362-9-III.     Division Three.     April 18, 2000.]

*In the Matter of the Marriage of* KATHY KAY BALCOM, *Respondent*, and TIMOTHY GENE FRITCHLE, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 92-3-00372-4, Kenneth L. Jorgensen, J., entered March 12, 1999. *Reversed* by unpublished opinion per Kurtz, C.J., concurred in by Brown and Kato, JJ. Now published at 101 Wn. App. 56.

[No. 17974-5-III.     Division Three.     April 18, 2000.]

JANET CHANDLER, ET AL., *Appellants*, v. DENNIS SIMPSON, M.D., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whitman County, No. 90-2-00166-9, Neal Q. Rielly, J., entered October 9, 1998. *Reversed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Brown, JJ.

[No. 18078-6-III.     Division Three.     April 18, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIA ANN SCHULTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 98-1-00516-9, Craig J. Matheson, J., entered November 25, 1998. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 17794-7-III.     Division Three.     April 20, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY A. MARCUM, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 98-1-00261-5, Craig J. Matheson, J., entered August 21, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.